[Nos. 28633-1-I; 28625-1-I;    Division One.    February 24, 1992.]
28634-0-I; 28635-8-I.

THE STATE OF WASHINGTON, *Respondent*, v. WILFORD
ARMSTEAD, *Appellant*.

Appeals from a judgment of the Superior Court for King County, No. 89-1-06812-1, Donald D. Haley, J., entered February 21, 1990. *Affirmed* by unpublished per curiam opinion.

[No. 26032-4-I.    Division One.    February 24, 1992.]

THE STATE OF WASHINGTON, *Respondent*, v. JOHN E.
MERMIS, *Appellant*.

Appeal from a judgment of the Superior Court for Snohomish County, No. 88-1-00835-8, Richard J. Thorpe, J., entered November 13, 1991. *Affirmed* by unpublished opinion per Kennedy, J., concurred in by Webster, A.C.J., and Pekelis, J.

[No. 13701-1-II.    Division Two.    February 24, 1992.]

CALVIN POWERS, ET AL, *Individually and as Personal
Representatives, Appellants*, v. AMERICAN
HONDA MOTOR CO., INC., ET AL,
*Respondents*.

Appeal from a judgment of the Superior Court for Pierce County, No. 89-2-01850-6, Bruce Cohoe, J., entered February 23, 1990. *Affirmed* by unpublished opinion per Seinfeld, J., concurred in by Petrich, C.J., and Morgan, J.